UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 5:08-CR-244-S3 |
| REYMUNDO REYES<br>ERNESTO CARREON-VASQUEZ<br>ERNESTO ALEJANDRO ESTRADA<br>ERIC IVAN MARTINEZ<br>JUAN ANTONIO CARRERON-VASQUEZ<br>JUAN JOSE ARRIAGA-OVALLE<br>GABRIEL ORTIZ<br>PAULA POALA PAREDES | § § § § § § § § § | |

## MOTION TO DISMISS IDICTMENT

COMES NOW the United States of America through Alamdar S. Hamdani, United States Attorney and Brittany L. Jensen, Assistant United States Attorney, in and for the Southern District of Texas, and moves this Honorable Court to **Dismiss** the Indictment(s), as to the above-named Defendants, without prejudice in the interest of justice.

    Respectfully submitted,

    ALAMDAR S. HAMDANI
    UNITED STATES ATTORNEY

By:    By: *s/ Brittany L. Jensen*
    BRITTANY L. JENSEN
    Assistant United States Attorney
    Texas Bar No. 24050821
    Southern District No. 2487038
    800 N. Shoreline Blvd, Suite 500
    Corpus Christi, Texas 78401
    Tel. (361) 888-3111