TRULINCS                    - Unit: ATW-C-A

FROM:
TO:
SUBJECT:
DATE: 07/01/2024 12:02:23 PM

United States District Court For The
Southern District of Texas

Case no. 5:08-Cr-244-24

Gerardo Castillo-Chavez,
Movant,

v.

United States of America,
Respondent.
_____/

RE: APPLICATION FOR AMENDMENT 814 MOTION FOR REDUCTION OF
SENTENCE OR COMPASSIONATE RELEASE

July 2, 2024

Dear Clerk of court:

I am requesting appointment of counsel to help prepare motion for reduction of sentence or compassionate release under 18 U.S.C. 3582 (c)(1)(A)(i)(B) of the new USSG 1B1.13(b)(5) and (6) Amendment 814 passed November 1, 2023 Effective February 1, 2024.

I have an unusually long sentence and disparity of sentence and age qualification warranting a reduction of sentence at the time of the offense, and nonretroactive change in the law.

I believe that I have an extraordinary and compelling reason warranting a reduction of sentence under this new amendment. United States v. Riley, 2023 U.S. Dist. LEXIS 220634 (E.D. La. Dec. 11, 2023).

Thank you in advance for your time and consideration in this legal matter.

Respectfully,

Gerardo Castillo-Chavez
#65736-279
United States Penitentiary Atwater
P.O. Box 019001
Atwater, CA 95301